■ AMBER N. CHILBERG, Respondent-Appellant, v MARK A. CHILBERG et al., Appellants-Respondents. (Appeal No. 2.) [786 NYS2d 767]—Appeals and cross appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered August 6, 2003. The order, among other things, granted defendants' motions in part and set aside the jury verdict for future medical expenses.

It is hereby ordered that said appeals and cross appeal be and the same hereby are unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.

■ CYNTHIA J. CHILBERG, Individually and as Guardian Ad Litem for AMBER N. CHILBERG, Respondent, v MARK A. CHILBERG et al., Appellants. (Appeal No. 3.) [786 NYS2d 766]—Appeals from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered June 3, 2003. The order granted plaintiff's motion for partial summary judgment on the issue of liability against defendants.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.